

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ALEJANDRO HERNANDEZ AND EDITH ROMAN, | § | |
| | § | No. 08-12-00178-CV |
| Appellants, | | |
| | § | Appeal from the |
| v. | | |
| | § | 243rd District Court |
| ENRIQUE GALLARDO, | | |
| | § | of El Paso County, Texas |
| Appellee. | | |
| | § | (TC# 2008-4822) |

## <u>CORRECTED JUDGMENT</u>

The Court has considered this cause on the record and concludes there was no error in the summary judgment. We therefore affirm the judgment of the court below.

It has been determined that Appellants are indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF OCTOBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)